1
2
3
4
5
6

**Entered on Docket**
**March 08, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

7

8  PITE DUNCAN, LLP
   STEVEN W. PITE (NV Bar #008226)
9  EDDIE R. JIMENEZ (NV Bar #10376)
   JACQUE A. GRUBER (NV Bar #11385)
10 4375 Jutland Drive, Suite 200
   P.O. Box 17933
11 San Diego, CA 92177-0933
   Telephone: (858) 750-7600
12 Facsimile: (619) 590-1385
   E-mail:  ecfnvb@piteduncan.com

13

14 ABRAMS & TANKO, LLLP
   MICHELLE L. ABRAMS (NV Bar #005565)
15 3085 S. Jones Blvd., Suite C
   Las Vegas, NV 89146

16 Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
                   TO WELLS FARGO BANK SOUTHWEST, N.A. FORMERLY KNOWN AS
17                 WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

18

19                   UNITED STATES BANKRUPTCY COURT

20                        DISTRICT OF NEVADA

21

22 In re                                | Bankruptcy Case No. BK-S-09-31484-lbr
                                         | Chapter 7
23 ROBERT G. OLSON AND MARY ANNE
   OLSON ,                               | WELLS FARGO BANK, N.A.,
24                                       | SUCCESSOR BY MERGER TO WELLS
              Debtor(s).                 | FARGO BANK SOUTHWEST, N.A.
25                                       | FORMERLY KNOWN AS WACHOVIA
                                         | MORTGAGE, FSB, FKA WORLD
26                                       | SAVINGS BANK, FSB'S ORDER
                                         | TERMINATING AUTOMATIC STAY
27                                       | Date:    February 3, 2010
                                         | Time:    10:30 p.m.
28

1    A hearing on Secured Creditor Wells Fargo Bank, N.A., successor by merger to

2   Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, fka World

3   Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing

4   in the United States Bankruptcy Court before the Honorable Linda B. Riegle, Michelle Abrams

5   appearing on behalf of Secured Creditor.

6    The court having duly considered the papers and pleadings on file herein and

7   being fully advised thereon and finding cause therefor:

8    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9    The automatic stay of 11 United States Code section 362 is hereby immediately

10   terminated as it applies to the enforcement by Movant of all of its rights in the real property

11   under the Note and Deed of Trust encumbering the real property commonly known as 908 Sugar

12   Springs Dr, Las Vegas, Nevada 89110-2934 ("Real Property"), which is legally described as:

13

14    SEE LEGAL DESCRIPTION ATTACHED
    HERETO AS EXHIBIT A AND MADE A PART
15    HEREOF.

16    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or

17   its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale

18   of the Real Property to the Debtor(s) at the address for the Real Property at least 7 calendar days

19   prior to the foreclosure sale.  In the event that Movant and/or its foreclosure trustee provides at

20   least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the

21   Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada

22   Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to

23   provide 7 days' notice to the Debtor(s).

24   /././

25   /././

26   /././

27   /././

28   /././

1  　　　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may

2  offer and provide Debtors with information re: a potential Forbearance Agreement, Loan

3  Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and

4  may enter into such agreement with Debtors.  However, Movant may not enforce, or threaten to

5  enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this

6  bankruptcy case.

7  APPROVED/DISAPPROVED　　　APPROVED/DISAPPROVED

8  _____

9  JANICE E. SMITH　　　　　　　DAVID A. ROSENBERG
   DEBTOR(S) ATTORNEY　　　　　TRUSTEE

10

11

12  /,/,/

13  /,/,/

14  /,/,/

15  /,/,/

16  /,/,/

17  /,/,/

18  /,/,/

19  /,/,/

20  /,/,/

21  /,/,/

22  /,/,/

23  /,/,/

24  /,/,/

25  /,/,/

26  /,/,/

27  /,/,/

28  /,/,/

EXHIBIT "A"

ALL THAT REAL PROPERTY SITUATED IN THE CITY OF COUNTY OF CLARK
STATE OF NEVADA BOUNDED AND DESCRIBED AS FOLLOWS LOT FORTY (40)
IN BLOCK FOUR (4) OF COVENTRY ESTATES, AS SHOWN BY MAP THEREOF ON
FILE IN BOOK 73 OF PLATS. PAGE 26, IN THE OFFICE OF THE COUNTY
RECORDER OF CLARK COUNTY, NEVADA.


FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY
ASSESSOR AS 140-26-311-013; SOURCE OF TITLE IS BOOK 20040622 PAGE
0001243 (RECORDED 06/22/04).

1  ALTERNATIVE METHOD re: RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3  ☐    The court has waived the requirement of approval under LR 9021.

4  ☐    I certify that I have served a copy of this order with the motion, and no parties appeared

5  or filed written objections.

6  ☒    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have

7  delivered a copy of this proposed order to all counsel who appeared at the hearing, any

8  unrepresented parties who appeared at the hearing, and each has approved or disapproved the

9  order, or failed to respond, as indicated below [list each party and whether the party has

10  approved, disapproved, or failed to respond to the document]:

11  ☐    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to

12  all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing,

13  and each has approved or disapproved the order, or failed to respond, as indicated below [list

14  each party and whether the party has approved, disapproved, or failed to respond to the

15  document]:

16  ☐    Approved.

17  ☐    Disapproved.

18  ☒    Failed to respond. - Debtors' Attorney/Trustee

19                                                             ###

20  Submitted by:

21  /s/ JACQUE A. GRUBER
   4375 Jutland Drive, Suite 200
   P.O. Box 17933
   San Diego, CA 92177-0933
   (858) 750-7600
   NV Bar #11385
   Attorney for WELLS FARGO BANK, N.A., SUCCESSOR
   BY MERGER TO WELLS FARGO BANK SOUTHWEST,
   N.A. FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB,
   FKA WORLD SAVINGS BANK, FSB